Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 19−21587−KCF
                  Chapter: 13
                  Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kurt N Kvist
   77 West St.
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−7562

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           8/14/19
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 11, 2019
JAN: vpm

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-21587-KCF
Kurt N Kvist                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1                Date Rcvd: Jun 11, 2019
                              Form ID: 132             Total Noticed: 25

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db             +Kurt N Kvist,    77 West St.,    Colonia, NJ 07067-2115
518293889      +AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518293890      +Aviya Halpern,    85 East End Avenue,    New York, NY 10028-8020
518293891      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
518293892      +Citicards,   Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
518293893       Edison- Metuchen Orthopaedic Group,    Edison Spine Center, LLC,    Edison, NJ 08837
518293894      +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
518293895      +Five Star LLC,    C/O James J. Frega, Esq,    886 Belmont Avenue, Suite B,
                 North Haledon, NJ 07508-2573
518293897      +GWS Contractors, Inc,    105 Fresh Ponds Road,    Jamesburg, NJ 08831-3303
518293896      +Gary Cantagallo,    249 Appletree Lane,    Mountainside, NJ 07092-1701
518293898      +Henry Fraga,    C/O Joseph V. MacMahon,    169 Ramapo Valley Rd LL-101,    Oakland, NJ 07436-2509
518293899      +Hershey Tannenbaum,    C/O Arym Center,    PO Box 180240,    Brooklyn, NY 11218-0240
518293900      +Hugh & Vicky Harris,    9 Sterling Road North,    Armonk, NY 10504-2519
518293902      +JFK Hartwyck at Oaktree,    C/O Paula G. Kaplan, Esq.,    55 Morris Avenue Suite 200,
                 Springfield, NJ 07081-1422
518293903      +JFK Hospital,    65 James St.,    Edison, NJ 08820-3903
518293901      +Janis L. Doran,    C/O Snellings Law, LLC,    2001 Route 46,    Waterview Plaza, Suite 206,
                 Parsippany, NJ 07054-1393
518293904      +New Jersey Imaging Network,    10 Parsonage Road, Suite 105,    Edison, NJ 08837-2429
518293905      +PNC Bank,    PO Box 6534,    Carol Stream, IL 60197-6534
518293906      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518293907      +Ronald A. & Gerri E. Giller,    C/O Dreifuss Bonacci & Paker, PC,
                 26 Columbia Turnpike North Entrance,    Florham Park, NJ 07932-2213
518293909       Stylecraft Corporation,    500 Broad St.,    Terre Hill, PA 17581
518293910      +William D. Sears,    2 Tanglewood Lane,    Holmdel, NJ 07733-2114
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 23:39:49      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 23:39:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518293908       E-mail/Text: jennifer.chacon@spservicing.com Jun 11 2019 23:40:53
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Robert C. Nisenson    on behalf of Debtor Kurt N Kvist rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3
```