UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Kurt Kvist

Debtor.

Order Filed on July 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21587
Hearing Date:
Judge:   Michael B. Kaplan

# ORDER TO IMPOSE STAY
## THROUGH JULY 24, 2019

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED.**

**DATED: July 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-21587 |
| | : | Chapter 13 |
| Kurt Kvist | : | |
| | : | |
| | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Impose Stay through 7/24/2019 and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the 11TH day of July, 2019;

**ORDERED** that the continue stay shall continue with respect to all legal proceeding by secured creditors against the Debtor and stay all foreclosure sales; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within __7__ days of the date hereof.