UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                    Bankr. Case No. 19-21587-KCF-13

KURT  KVIST                                                                                                        Chapter 13

   Debtor(s)

**REQUEST FOR NOTICE**

   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 19-21587-KCF-13

KURT KVIST  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 2, 2019 :

ROBERT C NISENSON  
10 AUER CT  
EAST BRUNSWICK, NJ  08816

Albert Russo  
CN 4853  
Trenton, NJ 08650

By  /s/ Mandy Youngblood  
      Mandy Youngblood

xxxxx66674 / 992321