UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**BECKER LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
ALLEN J. UNDERWOOD II, ESQ.
E-mail address: ajunderwood@becker.legal
*Attorneys for Judgment Creditor Janis Lee Doran*

| | |
|---|---|
| In re: | Case No. 19-21586 (MBK) |
| KURT N. KVIST, | Chapter 13 |
| Debtor. | Judge: Hon. Michael B. Kaplan |

# CERTIFICATION OF SERVICE

1. I, Mary Ann Ambrose

   ☐ represent the _____ in the above-captioned matter.

   ☒ am a secretary/paralegal employed by Becker LLC, attorneys for Judgment Creditor Janis Lee Doran regarding the above referenced matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 23, 2019, this office electronically filed with the Clerk of the United States Bankruptcy Court, Clarkson S. Fisher US Courthouse, 402 East State Street, Trenton, New Jersey 08608, the following document*:*

   (a) *Judgment Creditor Janis Lee Doran's Objection To The Continuation Of The Automatic Stay On Bad Faith Grounds And For Dismissal Under 11 USC § 109(e) and § 130(c).*

3. On August 23, 2019 I caused a copy of the pleading and/or document referred to above to be served on the parties listed in the chart below:

4. I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: August 23, 2019                    /s/ Mary Ann Ambrose
                                          Mary Ann Ambrose

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | Noticing Purposes | ☐Hand-delivered<br>☐Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |
| Robert C. Nisenson, Esq.<br>Robert C. Nisenson, LLC<br>10 Auer Court, Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Standing Chapter 13 Trustee | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |
| Kurt N Kvist<br>77 West St.<br>Colonia, NJ 07067 | Debtor | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |
| Bruce H Levitt, Esq.<br>Levitt & Slafkes, P.C.<br>515 Valley Street, Suite 140<br>Maplewood, NJ 07040 | Attorney for Creditor Henry Fraga & Yoerys Fraga | ☐Hand-delivered<br>☒Regular Mail<br>☐Certified mail/RR<br>☐E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐Other<br>  (as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time