

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2 (c)**<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 | **Order Filed on August 26, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| Kurt N. Kvist<br><br>      Debtor. | Case No.: 19-21587<br>Hearing Date: 8-28-2019<br>Judge: MBK |

## ORDER TO IMPOSE STAY
### Through September 11, 2019

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: August 26, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In the Matter of | : | Case:  19-21587 |
| | : | Chapter 13 |
| Kurt N. Kvist | : | |
| | : | |
| | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

    This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Impose Stay through September 11, 2019 and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

    It is on the         day of              , 2019;

    **ORDERED** that the continue stay shall continue with respect to all legal proceeding by secured creditors against the Debtor and stay all foreclosure sales; and it is further

    **ORDERED** that a copy of this Order shall be served upon all parties within _____ days of the date hereof.