UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Kurt N. Kvist

                Debtor.

Order Filed on August 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21587
Hearing Date: 8-28-2019
Judge: MBK

## ORDER TO IMPOSE STAY
### Through September 11, 2019

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: August 26, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  19-21587 |
| | : | Chapter 13 |
| Kurt N. Kvist | : | |
| | : | |
| | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : | |
| | : | |
| _____ | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Impose Stay through September 11, 2019 and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the          day of               , 2019;

**ORDERED** that the continue stay shall continue with respect to all legal proceeding by secured creditors against the Debtor and stay all foreclosure sales; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within \_\_\_\_\_ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-21587-MBK
Kurt N Kvist                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin           Page 1 of 1           Date Rcvd: Aug 27, 2019
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
db          +Kurt N Kvist,   77 West St.,   Colonia, NJ 07067-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
    Albert   Russo    docs@russotrustee.com
    Allen J. Underwood, II    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,
     ajunderwood@ecf.courtdrive.com
    Bruce H Levitt    on behalf of Creditor Yoerys  Fraga blevitt@levittslafkes.com,
     sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
    Bruce H Levitt    on behalf of Creditor Henry  Fraga blevitt@levittslafkes.com,
     sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com
    Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
     for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3.
     rsolarz@kmllawgroup.com
    Robert C. Nisenson    on behalf of Debtor Kurt N Kvist rnisenson@aol.com,
     nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                       TOTAL: 7