**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

| | |
|---|---|
| IN RE:<br>Kurt N Kvist ,<br>    Debtor.<br>_____/ | CASE NO.: 19-21587-MBK<br>CHAPTER 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Aleisha Jennings
    Aleisha Jennings, Esquire
    Email: ajennings@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 8, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT C. NISENSON

10 AUER COURT SUITE E

EAST BRUNSWICK, NJ 08816


ALBERT RUSSO

CHAPTER 13 TRUSTEE

CN 4853

TRENTON, NJ 08650


U.S. TRUSTEE

ONE NEWARK CENTER STE 2100

NEWARK, NJ 07102


KURT N KVIST

77 WEST ST.

COLONIA, NJ 07067


RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Aleisha Jennings
Aleisha Jennings, Esquire
Email: ajennings@rasnj.com