Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–21587–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kurt N Kvist
  77 West St.
  Colonia, NJ 07067

Social Security No.:
  xxx–xx–7562

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/10/2019 and a confirmation hearing on such Plan has been scheduled for 12/17/2019.

The debtor filed a Modified Plan on 12/09/2019 and a confirmation hearing on the Modified Plan is scheduled for 1/14/2020@10:00 A.M.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 10, 2019
JAN: vpm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kurt N Kvist  
    Debtor

Case No. 19-21587-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Dec 10, 2019  
                       Form ID: 186      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.

```
db              +Kurt N Kvist,   77 West St.,    Colonia, NJ 07067-2115
sp              +Maureen Goodman, Esq.,   171 Main Street,    Woodbridge, NJ 07095-2104
cr              +Wilmington Savings Fund Society,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
518293890       +Aviya Halpern,    85 East End Avenue,    New York, NY 10028-8020
518411959       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518293891       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
518293892       +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                  Saint Louis, MO 63179-0040
518312009       +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
518293893        Edison- Metuchen Orthopaedic Group,    Edison Spine Center, LLC,    Edison, NJ 08837
518293894       +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
518293895       +Five Star LLC,    C/O James J. Frega, Esq,    886 Belmont Avenue, Suite B,
                  North Haledon, NJ 07508-2573
518293897       +GWS Contractors, Inc,    105 Fresh Ponds Road,    Jamesburg, NJ 08831-3303
518293896       +Gary Cantagallo,    249 Appletree Lane,    Mountainside, NJ 07092-1701
518293898       +Henry Fraga,    C/O Joseph V. MacMahon,    169 Ramapo Valley Rd LL-101,    Oakland, NJ 07436-2509
518293899       +Hershey Tannenbaum,    C/O Arym Center,    PO Box 180240,    Brooklyn, NY 11218-0240
518293900       +Hugh & Vicky Harris,    9 Sterling Road North,    Armonk, NY 10504-2519
518293902       +JFK Hartwyck at Oaktree,    C/O Paula G. Kaplan, Esq.,    55 Morris Avenue Suite 200,
                  Springfield, NJ 07081-1422
518293903       +JFK Hospital,    65 James St.,    Edison, NJ 08820-3903
518293901       +Janis L. Doran,    C/O Snellings Law, LLC,    2001 Route 46,    Waterview Plaza, Suite 206,
                  Parsippany, NJ 07054-1393
518293904       +New Jersey Imaging Network,    10 Parsonage Road, Suite 105,    Edison, NJ 08837-2429
518293905       +PNC Bank,    PO Box 6534,    Carol Stream, IL 60197-6534
518358427       +PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518293906       +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518293907       +Ronald A. & Gerri E. Giller,    C/O Dreifuss Bonacci & Paker, PC,
                  26 Columbia Turnpike North Entrance,    Florham Park, NJ 07932-2213
518293909        Stylecraft Corporation,    500 Broad St.,    Terre Hill, PA 17581
518293910       +William D. Sears,    2 Tanglewood Lane,    Holmdel, NJ 07733-2114
518417276       +Yoerys and Henry Fraga,    2 Wesley Street,    Riverdale, NJ 07457-1210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 23:42:49     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 23:42:47     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: ajunderwood@beckermeisel.com Dec 10 2019 23:41:51     Janis Lee Doran,
                  c/o Allen J. Underwood II, Esq.,    Becker LLC,    354 Eisenhower Parkway,    Suite 1500,
                  Livingston, NJ 07039-1023
518318214        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 10 2019 23:42:15
                  AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                  Arlington, TX 76096
518293889       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 10 2019 23:42:15
                  AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518417005        E-mail/Text: jennifer.chacon@spservicing.com Dec 10 2019 23:43:34
                  Federal Home Loan Mortgage Corporation et al,,    c/o Select Portfolio Servicing, Inc.,
                  P.O. Box 65250,    Salt Lake City, UT 84165-0250
518416709       +E-mail/Text: ajunderwood@beckermeisel.com Dec 10 2019 23:41:51     Janis Lee Doran,
                  c/o Allen J. Underwood, II, Esq.,    Becker LLC,    354 Eisenhower Parkway,    Suite 1500,
                  Livingston, New Jersey 07039-1023
518359263       +E-mail/Text: bankruptcy@pseg.com Dec 10 2019 23:41:48     PSE&G,    Attn:  Bankruptcy Dept.,
                  PO box 490,    Cranford, NJ 07016-0490
518293908        E-mail/Text: jennifer.chacon@spservicing.com Dec 10 2019 23:43:34
                  Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
518295890       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 23:39:44     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518607780       +E-mail/Text: bkteam@selenefinance.com Dec 10 2019 23:42:01     WILMINGTON SAVINGS FUND SOCIETY,
                  C/O SELENE FINANCE, LP,    9990 RICHMOND AVE SUITE 400 SOUTH,    HOUSTON, TX 77042-4546
                                                                                                TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518377156*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                  (address filed with court: Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 10, 2019
                              Form ID: 186             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:

```
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society
               ajennings@rasflaw.com
              Allen J. Underwood, II    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              Bruce H Levitt    on behalf of Creditor Yoerys  Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Creditor Henry  Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3.
               rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Kurt N Kvist rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```