UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☐ Withdrawn

Matter: _____

_____

Date: _____    _____
Signature

*rev.8/1/15*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY (TRENTON)** | |
| **RAS Crane, LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone:  470-321-7112 (main)<br>Telephone:  973-575-0707 (local) | CASE NO.: 19-21587-MBK<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's**<br>**Chapter 13 Plan** |
| In Re:<br>**Kurt N. Kvist,**<br>         Debtor. | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 13, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT C. NISENSON
10 AUER COURT
SUITE E
EAST BRUNSWICK, NJ  08816

KURT N KVIST
77 WEST ST.
COLONIA, NJ  07067

ALBERT RUSSO
CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ  08650

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

                 RAS Crane, LLC
                 Attorney for Secured Creditor
                 10700 Abbott's Bridge Road, Suite 170
                 Duluth, GA 30097
                 Telephone Number 470-321-7112

                 By: /s/Aleisha Jennings
                 Aleisha Jennings, Esquire
                 NJ Bar Number  049302015
                  Email: ajennings@rasnj.com