UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Kurt N. Kvist

              Debtor.



Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21587
Chapter 13
Judge: Michael B. Kaplan

## ORDER TO IMPOSE STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: December 19, 2019**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In the Matter of | : | Case: 19-21587 |
|---|---|---|
|  | : | Chapter 13 |
| Kurt N. Kvist | : |  |
|  | : |  |
|  | : | **ORDER TO IMPOSE STAY** |
| Debtor. | : |  |
|  | : |  |
| _____ | : |  |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Impose Stay and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the         day of              , 2019;

**ORDERED** that the continue stay shall continue with respect to all legal proceeding by secured creditors against the Debtor and stay all foreclosure sales and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within  _7_  days of the date hereof.