KURT KVIST & TONI KVIST

vs.

ZACHARY MAZOUAT, et al

### SETTLEMENT STATEMENT

| | | | | |
|---|---|---|---|---|
| I. | **TOTAL RECEIPTS:** | | | 15,000.00 |
| II. | **DISBURSEMENTS - LEGAL:** | | | |
| | A. | Law Offices of Richard P. Console (prior file copies) | 193.05 | |
| | B. | Dr. James Patti - Edison Metuchen Ortho Group (copies of records & Phys. Cert.) | 160.00 | |
| | C. | Clerk, Superior Court of New Jersey (filing of the Complaint) | 300.00 | |
| | D. | Status ,LLC (service of Summons) | 59.00 | |
| | E. | NJDMV - lookup on defendant | 15.00 | |
| | F. | East Orange Police Dept. (police report) | 10.00 | |
| | G. | Atantic Health (Dr. Elber PCP records) | 33.05 | |
| | H. | Parking Expenses | 6.00 | |
| | I. | Mailings - certified mail & Lawyer Service | 35.57 | |
| | J. | Charles Jones (child support search) | 20.00 | |
| | | *Total Costs:*     831.67 | | |
| III. | **DISBURSEMENTS - MEDICAL** | | | |
| | A. | JFK Medical Center | 112.26 | |
| | B. | Central Tox, LLC | 354.17 | |
| | C. | Edison Metuchen Orthoapedic Group | 128.88 | |
| | D. | Atlantic Imaging Group for NJIN of Menlo | 120.00 | |
| | | *Total Medicals:*     715.31 | | |
| IV. | **COUNSEL FEE** | | 4,722.78 | |
| V. | **SETTLEMENT PROCEEDS DUE MR. & MRS. KURT KVIST:** | | 8,730.24 | |
| | | | 15,000.00 | 15,000.00 |

**Medical Bills:** Any and all medical bills and/or liens not covered by this statement remain the sole responsibility of the client.

**Taxability:** Your attorney cannot give advice regarding the potential tax liability of your claim proceeds. It is recommended that you provide a copy of this closing statement to your tax professional for guidance.

**Government Assistance Programs:** Receipt of settlement proceeds may impact your eligibility for asset-based government assistance programs (such as Medicaid, Family Care, SNAP, Welfare, etc.)

If you have any questions, please consult with your attorney regarding any issues *prior* to signing this document.

### CLIENT AUTHORIZATION TO DISBURSE

This closing and distribution of this matter is made with my consent and approval. I have read and understand the foregoing account, agree with its contents, and authorize the disbursements.

_____
KURT KVIST

DATED:_____

_____
TONI KVIST

_____
MAUREEN L. GOODMAN, ESQ.
for Palmisano & Goodman, P.A.