| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>RAS Crane, LLC<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone: 470-321-7112 (main)<br>Telephone: 973-575-0707 (local) | CASE NO.: 19-21587-MBK<br><br>CHAPTER 13<br><br>HEARING DATE: January 8, 2020<br><br>JUDGE:  Michael B. Kaplan |
| **In Re:**<br><br>**Kurt N Kvist**<br><br>**Debtor.** | |

*Order Filed on January 10, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey*

## ORDER ALLOWING LATE FILED PROOF OF CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 10, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**

Debtor:        Kurt N Kvist
Case No.:      19-21587-MBK
Caption of Order:   **Order Allowing Late Filed Proof of Claim**

---

Upon the motion of RAS Crane, LLC, attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust under Bankruptcy Code § 105, as to its claim regarding certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. Secured Creditor's proof of claim filed on December 6, 2019 as claim 8-1 with respect to real property located at 19 Grover Ave, South Amboy New Jersey 08879 shall be deemed timely filed and able to be paid through the Chapter 13 Plan.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.