| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>RAS Crane, LLC<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097<br>Telephone: 470-321-7112 (main)<br>Telephone: 973-575-0707 (local)<br><br>**In Re:**<br><br>**Kurt N Kvist**<br><br>**Debtor.** | CASE NO.: 19-21587-MBK<br><br>CHAPTER 13<br><br>HEARING DATE: January 8, 2020<br><br>JUDGE: Michael B. Kaplan |

Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER ALLOWING LATE FILED PROOF OF CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: January 10, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

Debtor:       Kurt N Kvist
Case No.:     19-21587-MBK
Caption of Order:  **Order Allowing Late Filed Proof of Claim**

___

Upon the motion of RAS Crane, LLC, attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust under Bankruptcy Code § 105, as to its claim regarding certain property as hereinafter set forth, and for cause shown, it is

ORDERED as follows:

1. Secured Creditor's proof of claim filed on December 6, 2019 as claim 8-1 with respect to real property located at 19 Grover Ave, South Amboy New Jersey 08879 shall be deemed timely filed and able to be paid through the Chapter 13 Plan.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Kurt N Kvist  
    Debtor

Case No. 19-21587-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 10, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.  
db          +Kurt N Kvist,    77 West St.,    Colonia, NJ 07067-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society  
         ajennings@rasflaw.com  
         Allen J. Underwood, II    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,  
         ajunderwood@ecf.courtdrive.com  
         Bruce H Levitt    on behalf of Creditor Yoerys  Fraga blevitt@levittslafkes.com,  
         sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
         Bruce H Levitt    on behalf of Creditor Henry  Fraga blevitt@levittslafkes.com,  
         sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com  
         Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for  
         the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM  
         Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
         Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com,  
         bkyecf@rasflaw.com;legerman@rasnj.com  
         Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee  
         for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3.  
         rsolarz@kmllawgroup.com  
         Robert C. Nisenson    on behalf of Debtor Kurt N Kvist rnisenson@aol.com,  
         nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                     TOTAL: 11