UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-21587 |
|---|---|---|
| KURT KVIST | Chapter: | 13 |
| | Judge: | MBK |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

___KURT KVIST___, ___DEBTOR___, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  402 E, State Street, Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __February 18, 2020__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 E. State Street, Trenton, New Jersey 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Kurt Kvist v. Zachary Mazouat, et al., Superior Court of New Jersey, Law Division, Middlesex County, Docket No.: MID-L-8059-18. Personal injury case occurred on April 27, 2017.

Pertinent terms of settlement: Debtor received an offer of the full $15,000 policy from the tortfeasor in the underlying matter.

Please note Debtor settled his claim with the tortfeasor for $15,000 and then to proceed against his UIM carrier up to the available $85,000 of his policy.

Objections must be served on, and requests for additional information directed to:

Name:  Robert C. Nisenson, Esq.

Address:  10 Auer Court

Telephone No.:  732-238-8777

*rev.8/1/15*

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-21587-MBK
Kurt N Kvist                                                        Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Jan 15, 2020
                              Form ID: pdf905              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Kurt N Kvist,    77 West St.,    Colonia, NJ 07067-2115
sp             +Maureen Goodman, Esq.,    171 Main Street,    Woodbridge, NJ 07095-2104
cr             +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518293890      +Aviya Halpern,    85 East End Avenue,    New York, NY 10028-8020
518411959      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518293891      +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
518293892      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
518312009      +Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919-1922
518293893       Edison- Metuchen Orthopaedic Group,    Edison Spine Center, LLC,    Edison, NJ 08837
518293894      +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
518293895      +Five Star LLC,    C/O James J. Frega, Esq,    886 Belmont Avenue, Suite B,
                 North Haledon, NJ 07508-2573
518293897      +GWS Contractors, Inc,    105 Fresh Ponds Road,    Jamesburg, NJ 08831-3303
518293896      +Gary Cantagallo,    249 Appletree Lane,    Mountainside, NJ 07092-1701
518293898      +Henry Fraga,    C/O Joseph V. MacMahon,    169 Ramapo Valley Rd LL-101,    Oakland, NJ 07436-2509
518293899      +Hershey Tannenbaum,    C/O Arym Center,    PO Box 180240,    Brooklyn, NY 11218-0240
518293900      +Hugh & Vicky Harris,    9 Sterling Road North,    Armonk, NY 10504-2519
518293902      +JFK Hartwyck at Oaktree,    C/O Paula G. Kaplan, Esq.,    55 Morris Avenue Suite 200,
                 Springfield, NJ 07081-1422
518293903      +JFK Hospital,    65 James St.,    Edison, NJ 08820-3903
518293901      +Janis L. Doran,    C/O Snellings Law, LLC,    2001 Route 46,    Waterview Plaza, Suite 206,
                 Parsippany, NJ 07054-1393
518293904      +New Jersey Imaging Network,    10 Parsonage Road, Suite 105,    Edison, NJ 08837-2429
518293905      +PNC Bank,    PO Box 6534,    Carol Stream, IL 60197-6534
518358427       PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518293906      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518293907      +Ronald A. & Gerri E. Giller,    C/O Dreifuss Bonacci & Paker, PC,
                 26 Columbia Turnpike North Entrance,    Florham Park, NJ 07932-2213
518293909       Stylecraft Corporation,    500 Broad St.,    Terre Hill, PA 17581
518293910      +William D. Sears,    2 Tanglewood Lane,    Holmdel, NJ 07733-2114
518417276      +Yoerys and Henry Fraga,    2 Wesley Street,    Riverdale, NJ 07457-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 00:17:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 00:17:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 16 2020 00:17:11
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +E-mail/Text: ajunderwood@beckermeisel.com Jan 16 2020 00:16:44      Janis Lee Doran,
                 c/o Allen J. Underwood II, Esq.,    Becker LLC,    354 Eisenhower Parkway,   Suite 1500,
                 Livingston, NJ 07039-1023
518318214       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 16 2020 00:17:11
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518293889      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 16 2020 00:17:11
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,   Arlington, TX 76096-3853
518417005       E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2020 00:19:20
                 Federal Home Loan Mortgage Corporation et al,,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518416709      +E-mail/Text: ajunderwood@beckermeisel.com Jan 16 2020 00:16:44      Janis Lee Doran,
                 c/o Allen J. Underwood, II, Esq.,    Becker LLC,    354 Eisenhower Parkway,   Suite 1500,
                 Livingston, New Jersey 07039-1023
518359263      +E-mail/Text: bankruptcy@pseg.com Jan 16 2020 00:15:39     PSE&G,    Attn: Bankruptcy Dept.,
                 PO box 490,    Cranford, NJ 07016-0490
518293908       E-mail/Text: jennifer.chacon@spservicing.com Jan 16 2020 00:19:20
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
518295890      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 00:13:26      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518607780      +E-mail/Text: bkteam@selenefinance.com Jan 16 2020 00:16:59      WILMINGTON SAVINGS FUND SOCIETY,
                 C/O SELENE FINANCE, LP,    9990 RICHMOND AVE SUITE 400 SOUTH,    HOUSTON, TX 77042-4546
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Jan 15, 2020
                              Form ID: pdf905          Total Noticed: 39

518377156*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
                                                                                       TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society
               ajennings@rasflaw.com
              Allen J. Underwood, II    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              Bruce H Levitt    on behalf of Creditor Yoerys  Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Creditor Henry  Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3.
               rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Kurt N Kvist rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 11
```