Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019  
**Chapter 13 Case No. 19-21587 / MBK**

Kurt N Kvist

Petition Filed Date: 06/10/2019  
341 Hearing Date: 07/11/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2019 | $300.00 | 26052432142 | 08/22/2019 | $300.00 | 25324745400 | 09/19/2019 | $300.00 | 9999 |
| 09/20/2019 | $300.00 | 26052435821 | 10/16/2019 | $300.00 | 26052439263 | 11/19/2019 | $300.00 | 26052449016 |
| 12/18/2019 | ($300.00) | 9999 | 12/27/2019 | $300.00 | 26312383967 | | | |

**Total Receipts for the Period: $1,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kurt N Kvist | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ | Attorney Fees<br>No Disbursements: No Check | $4,000.00 | $0.00 | $4,000.00 |
| 1 | CITIZENS BANK N.A.<br>»»  2007 BMW 328XI | Debt Secured by Vehicle | $4,467.20 | $0.00 | $0.00 |
| 2 | AmeriCredit/GM Financial<br>»»  2014 GMC LIGHT DUTY TERRAIN | Debt Secured by Vehicle | $3,316.02 | $0.00 | $0.00 |
| 3 | PSE&G | Unsecured Creditors | $1,443.65 | $0.00 | $0.00 |
| 4 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $1,605.33 | $0.00 | $0.00 |
| 5 | JANIS LEE DORAN<br>»»  JUDGMENT/ORDER 1/27/2020 | Secured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 6 | FEDERAL HOME LOAN MORTGAGE CORP<br>»»  P/77 WEST ST/1ST MTG/ORDER 10/3/2019 | Mortgage Arrears | $3,382.32 | $0.00 | $0.00 |
| 7 | YOERYS AND HENRY FRAGA<br>»»  JUDGMENT/ORDER 1/27/2020 | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  NP/19 GROVER AVE/1ST MTG/ORD 1/10/20 | Mortgage Arrears | $11,218.14 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21587 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,100.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $481.00 |
| Paid to Trustee: | $91.80 | Arrearages: | $662.00 |
| Funds on Hand: | $2,008.20 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**