| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Crane LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main) | Order Filed on June 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Kurt N Kvist,**<br><br>    **Debtor.** | Case No.:   19-21587-MBK<br><br>Chapter:   13<br><br>Hearing Date:  June 2, 2020<br><br>Judge:   Michael B. Kaplan |

Recommended Local Form:     ☒ Followed     ☐ Modified

## ORDER GRANTING IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 (d)(4) AND CO-DEBTOR STAY PURSUANT TO 11 U.S.C. §1301(C)

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 4, 2020**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors: **Kurt N Kvist**
Case No.: 19-21587-MBK
Caption of Order:  **Order Vacating Stay and Co-Debtor Stay**

---

Upon the motion of Selene Finance LP, as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, ("Secured Creditor") under Bankruptcy Code section 362(d)(4) for In Rem Relief from the Automatic Stay and Co-Debtor Stay pursuant to 11 U.S.C. §1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

19 Grover Ave, Middlesex, South Amboy, NJ 08879

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that no future bankruptcy case filed by Debtor, **Kurt N. Kvist, or Borrowers, Thomas N. Kvist and Ruth M. Kvist**, their successor assigns, occupants or transferees, will not stay any action taken by Creditor, its successors, assigns or any other entity from proceedings with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises for a period of two (2) years from the entry of this Order.

Page **3**
Debtors: **Kurt N Kvist**
Case No.: 19-21587-MBK
Caption of Order:   **Order Vacating Stay and Co-Debtor Stay**

---

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.