| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Crane LLC**<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 561-241-6901 (main) | Order Filed on June 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Kurt N Kvist,**<br><br>      **Debtor.** | Case No.:    19-21587-MBK<br><br>Chapter:    13<br><br>Hearing Date:  June 2, 2020<br><br>Judge:    Michael B. Kaplan |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER GRANTING IN REM RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 (d)(4) AND CO-DEBTOR STAY PURSUANT TO 11 U.S.C. §1301(C)

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 4, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **2**
Debtors: **Kurt N Kvist**
Case No.: 19-21587-MBK
Caption of Order:  **Order Vacating Stay and Co-Debtor Stay**

---

Upon the motion of Selene Finance LP, as attorney in fact for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, ("Secured Creditor") under Bankruptcy Code section 362(d)(4) for In Rem Relief from the Automatic Stay and Co-Debtor Stay pursuant to 11 U.S.C. §1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

19 Grover Ave, Middlesex, South Amboy, NJ 08879

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that no future bankruptcy case filed by Debtor, **Kurt N. Kvist, or Borrowers, Thomas N. Kvist and Ruth M. Kvist**, their successor assigns, occupants or transferees, will not stay any action taken by Creditor, its successors, assigns or any other entity from proceedings with any legal or consensual actions necessary for enforcement of its right to possession of, or title to, said premises for a period of two (2) years from the entry of this Order.

Page **3**
Debtors: **Kurt N Kvist**
Case No.: 19-21587-MBK
Caption of Order:  **Order Vacating Stay and Co-Debtor Stay**

___

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Kurt N Kvist  
    Debtor

Case No. 19-21587-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 04, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db         +Kurt N Kvist,    77 West St.,    Colonia, NJ 07067-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

           Albert    Russo    docs@russotrustee.com  
           Aleisha Candace Jennings    on behalf of Creditor    Selene Finance LP as servicer for Wilmington  
            Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium  
            Mortgage Acquisition Trust ajennings@rasflaw.com  
           Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society  
            ajennings@rasflaw.com  
           Allen J. Underwood, II    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,  
            ajunderwood@ecf.courtdrive.com;mambrose@becker.legal  
           Bruce H Levitt    on behalf of Creditor Yoerys   Fraga blevitt@levittslafkes.com,  
            sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic  
            es@gmail.com  
           Bruce H Levitt    on behalf of Creditor Henry   Fraga blevitt@levittslafkes.com,  
            sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic  
            es@gmail.com  
           Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for  
            the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM  
            Financial ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
           Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP as servicer for Wilmington  
            Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium  
            Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com  
           Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com,  
            bkyecf@rasflaw.com;legerman@rasnj.com  
           Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee  
            for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3.  
            rsolarz@kmllawgroup.com  
           Robert C. Nisenson    on behalf of Debtor Kurt N Kvist r.nisenson@rcn-law.com,  
            doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 13