Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19–21587–MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kurt N Kvist
    77 West St.
    Colonia, NJ 07067

Social Security No.:
    xxx–xx–7562

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on February 27, 2020.

    On September 2, 2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                October 6, 2020
Time:               10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 3, 2020
JAN: wdr

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                            Case No. 19-21587-MBK
Kurt N Kvist                                                      Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: Sep 03, 2020
                              Form ID: 185                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db             +Kurt N Kvist,    77 West St.,   Colonia, NJ 07067-2115
sp             +Maureen Goodman, Esq.,    171 Main Street,   Woodbridge, NJ 07095-2104
cr             +Selene Finance LP as servicer for Wilmington Savin,    Friedman Vartolo, LLP,    85 Broad St,
                 85 Broad St,    New York, NY 10004-2434
cr             +Wilmington Savings Fund Society,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
518293890      +Aviya Halpern,    85 East End Avenue,   New York, NY 10028-8020
518411959      +Citibank, N.A.,    701 East 60th Street North,   Sioux Falls, SD 57104-0493
518293891      +Citibank/The Home Depot,    Po Box 6497,   Sioux Falls, SD 57117-6497
518293892      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
518293893       Edison- Metuchen Orthopaedic Group,    Edison Spine Center, LLC,    Edison, NJ 08837
518293894      +Fay Servicing,    PO Box 619063,   Dallas, TX 75261-9063
518293895      +Five Star LLC,    C/O James J. Frega, Esq.,   886 Belmont Avenue, Suite B,
                 North Haledon, NJ 07508-2573
518293897      +GWS Contractors, Inc,    105 Fresh Ponds Road,   Jamesburg, NJ 08831-3303
518293896      +Gary Cantagallo,    249 Appletree Lane,   Mountainside, NJ 07092-1701
518293898      +Henry Fraga,    C/O Joseph V. MacMahon,   169 Ramapo Valley Rd LL-101,    Oakland, NJ 07436-2509
518293899      +Hershey Tannenbaum,    C/O Arym Center,   PO Box 180240,    Brooklyn, NY 11218-0240
518293900      +Hugh & Vicky Harris,    9 Sterling Road North,   Armonk, NY 10504-2519
518293902      +JFK Hartwyck at Oaktree,    C/O Paula G. Kaplan, Esq.,    55 Morris Avenue Suite 200,
                 Springfield, NJ 07081-1422
518293903      +JFK Hospital,    65 James St.,   Edison, NJ 08820-3903
518293901      +Janis L. Doran,    C/O Snellings Law, LLC,   2001 Route 46,    Waterview Plaza, Suite 206,
                 Parsippany, NJ 07054-1393
518293904      +New Jersey Imaging Network,    10 Parsonage Road, Suite 105,    Edison, NJ 08837-2429
518293905      +PNC Bank,    PO Box 6534,   Carol Stream, IL 60197-6534
518358427       PSE&G,    Attn: Bankruptcy Dept.,   PO Box 709,    Newark NJ 07101-0709
518293906      +PSE&G,    PO Box 14444,   New Brunswick, NJ 08906-4444
518293907      +Ronald A. & Gerri E. Giller,    C/O Dreifuss Bonacci & Paker, PC,
                 26 Columbia Turnpike North Entrance,    Florham Park, NJ 07932-2213
518293909       Stylecraft Corporation,    500 Broad St.,   Terre Hill, PA 17581
518293910      +William D. Sears,    2 Tanglewood Lane,   Holmdel, NJ 07733-2114
518417276      +Yoerys and Henry Fraga,    2 Wesley Street,   Riverdale, NJ 07457-1210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 00:08:52      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 00:08:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 04 2020 00:08:33
                 Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +E-mail/Text: ajunderwood@beckermeisel.com Sep 04 2020 00:08:23      Janis Lee Doran,
                 c/o Allen J. Underwood II, Esq.,    Becker LLC,   354 Eisenhower Parkway,    Suite 1500,
                 Livingston, NJ 07039-1023
518318214       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 04 2020 00:08:33
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518293889      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 04 2020 00:08:33
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,    Arlington, TX 76096-3853
518312009       E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 04 2020 00:08:16      Citizens Bank N.A.,
                 One Citizens Bank Way,    Mailstop: JCA115,   Johnston, RI 02919
518417005       E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2020 00:09:17
                 Federal Home Loan Mortgage Corporation et al,,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
518416709      +E-mail/Text: ajunderwood@beckermeisel.com Sep 04 2020 00:08:23      Janis Lee Doran,
                 c/o Allen J. Underwood, II, Esq.,    Becker LLC,   354 Eisenhower Parkway,    Suite 1500,
                 Livingston, New Jersey 07039-1023
518359263      +E-mail/Text: bankruptcy@pseg.com Sep 04 2020 00:08:11      PSE&G,    Attn: Bankruptcy Dept.,
                 PO box 490,    Cranford, NJ 07016-0490
518293908       E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2020 00:09:17
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,   Salt Lake City, UT 84165-0450
518295890      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 00:12:43      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518607780      +E-mail/Text: bkteam@selenefinance.com Sep 04 2020 00:08:25      WILMINGTON SAVINGS FUND SOCIETY,
                 C/O SELENE FINANCE, LP,    9990 RICHMOND AVE SUITE 400 SOUTH,    HOUSTON, TX 77042-4546
                                                                                              TOTAL: 13
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Sep 03, 2020
                              Form ID: 185             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518377156*    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                  P.O Box 183853,    Arlington, TX 76096)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    Wilmington Savings Fund Society
               ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    Selene Finance LP as servicer for Wilmington
               Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
               Mortgage Acquisition Trust ajennings@rasflaw.com
              Allen J. Underwood, II    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Bruce H Levitt    on behalf of Creditor Yoerys   Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Bruce H Levitt    on behalf of Creditor Henry   Fraga blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    Selene Finance LP as servicer for Wilmington
               Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
               Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com
              Laura M. Egerman    on behalf of Creditor    Wilmington Savings Fund Society bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3.
               rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Kurt N Kvist r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 14
```