Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21587−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kurt N Kvist
  77 West St.
  Colonia, NJ 07067

Social Security No.:
  xxx−xx−7562

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 27, 2020.

On 10/16/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            November 17, 2020
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 19, 2020
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kurt N Kvist  
    Debtor(s)

Case No. 19-21587-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 19, 2020      Form ID: 185      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kurt N Kvist, 77 West St., Colonia, NJ 07067-2115 |
| sp | + | Maureen Goodman, Esq., 171 Main Street, Woodbridge, NJ 07095-2104 |
| cr | + | Selene Finance LP as servicer for Wilmington Savin, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| cr | + | Wilmington Savings Fund Society, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518293890 | + | Aviya Halpern, 85 East End Avenue, New York, NY 10028-8020 |
| 518411959 | + | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518293891 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518293892 | + | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518293893 | | Edison- Metuchen Orthopaedic Group, Edison Spine Center, LLC, Edison, NJ 08837 |
| 518293894 | + | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 518293895 | + | Five Star LLC, C/O James J. Frega, Esq, 886 Belmont Avenue, Suite B, North Haledon, NJ 07508-2573 |
| 518293897 | + | GWS Contractors, Inc, 105 Fresh Ponds Road, Jamesburg, NJ 08831-3303 |
| 518293896 | + | Gary Cantagallo, 249 Appletree Lane, Mountainside, NJ 07092-1701 |
| 518293898 | + | Henry Fraga, C/O Joseph V. MacMahon, 169 Ramapo Valley Rd LL-101, Oakland, NJ 07436-2509 |
| 518293899 | + | Hershey Tannenbaum, C/O Arym Center, PO Box 180240, Brooklyn, NY 11218-0240 |
| 518293900 | + | Hugh & Vicky Harris, 9 Sterling Road North, Armonk, NY 10504-2519 |
| 518293902 | + | JFK Hartwyck at Oaktree, C/O Paula G. Kaplan, Esq., 55 Morris Avenue Suite 200, Springfield, NJ 07081-1422 |
| 518293903 | + | JFK Hospital, 65 James St., Edison, NJ 08820-3903 |
| 518293901 | + | Janis L. Doran, C/O Snellings Law, LLC, 2001 Route 46, Waterview Plaza, Suite 206, Parsippany, NJ 07054-1393 |
| 518293904 | + | New Jersey Imaging Network, 10 Parsonage Road, Suite 105, Edison, NJ 08837-2429 |
| 518293905 | + | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 518358427 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518293906 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518293907 | + | Ronald A. & Gerri E. Giller, C/O Dreifuss Bonacci & Paker, PC, 26 Columbia Turnpike North Entrance, Florham Park, NJ 07932-2213 |
| 518293909 | | Stylecraft Corporation, 500 Broad St., Terre Hill, PA 17581 |
| 518293910 | + | William D. Sears, 2 Tanglewood Lane, Holmdel, NJ 07733-2114 |
| 518417276 | + | Yoerys and Henry Fraga, 2 Wesley Street, Riverdale, NJ 07457-1210 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 19 2020 21:50:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ajunderwood@beckermeisel.com | Oct 19 2020 21:50:00 | Janis Lee Doran, c/o Allen J. Underwood II, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| 518318214 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 185 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518293889 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 19 2020 21:50:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| | | | Oct 19 2020 21:50:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518312009 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 19 2020 21:50:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 518417005 | | Email/Text: jennifer.chacon@spservicing.com | Oct 19 2020 21:52:00 | Federal Home Loan Mortgage Corporation et al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518416709 | + | Email/Text: ajunderwood@beckermeisel.com | Oct 19 2020 21:50:00 | Janis Lee Doran, c/o Allen J. Underwood, II, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, New Jersey 07039-1023 |
| 518359263 | + | Email/Text: bankruptcy@pseg.com | Oct 19 2020 21:50:00 | PSE&G, Attn: Bankruptcy Dept., PO box 490, Cranford, NJ 07016-0490 |
| 518293908 | | Email/Text: jennifer.chacon@spservicing.com | Oct 19 2020 21:52:00 | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 518295890 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 21:59:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518607780 | + | Email/Text: bkteam@selenefinance.com | Oct 19 2020 21:50:00 | WILMINGTON SAVINGS FUND SOCIETY, C/O SELENE FINANCE, LP, 9990 RICHMOND AVE SUITE 400 SOUTH, HOUSTON, TX 77042-4546 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518377156 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2020          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: 185 | Total Noticed: 40 |

    docs@russotrustee.com

Aleisha Candace Jennings

    on behalf of Creditor Wilmington Savings Fund Society ajennings@rasflaw.com

Aleisha Candace Jennings

    on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@rasflaw.com

Allen J. Underwood, II

    on behalf of Creditor Janis Lee Doran ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal

Bruce H Levitt

    on behalf of Creditor Yoerys Fraga blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt

    on behalf of Creditor Henry Fraga blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon

    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.

    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Jonathan C. Schwalb

    on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com

Laura M. Egerman

    on behalf of Creditor Wilmington Savings Fund Society bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Rebecca Ann Solarz

    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. rsolarz@kmllawgroup.com

Robert C. Nisenson

    on behalf of Debtor Kurt N Kvist r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14