| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-21587 / MBK**

Kurt N Kvist

Petition Filed Date: 06/10/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 02/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2020 | $300.00 | 26312388131 | 03/04/2020 | $589.00 | 26312393946 | 05/06/2020 | $589.00 | 26312399853 |
| 06/03/2020 | $589.00 | 26617059167 | 06/03/2020 | $589.00 | 26617059156 | 07/07/2020 | $589.00 | 26617058054 |
| 08/05/2020 | $589.00 | 26912775014 | 09/11/2020 | $589.00 | 26617073444 | 10/06/2020 | $589.00 | 26912785228 |
| 11/16/2020 | $589.00 | 26912781630 | 12/15/2020 | $589.00 | 26912793025 | 01/15/2021 | $589.00 | 26912794735 |
| 02/10/2021 | $589.00 | 26912799483 | | | | | | |

**Total Receipts for the Period: $7,368.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,168.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kurt N Kvist | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | CITIZENS BANK N.A.<br>»»  2007 BMW 328XI | Debt Secured by Vehicle | $4,467.20 | $1,145.70 | $3,321.50 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2014 GMC LIGHT DUTY TERRAIN | Debt Secured by Vehicle | $3,316.02 | $850.45 | $2,465.57 |
| 3 | PSE&G | Unsecured Creditors | $1,443.65 | $0.00 | $1,443.65 |
| 4 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $1,605.33 | $0.00 | $1,605.33 |
| 5 | JANIS LEE DORAN<br>»»  JUDGMENT/ORDER 1/27/2020 | Secured Creditors<br>Hold Funds: Pending Resolution | $89,577.24 | $0.00 | $89,577.24 |
| 6 | FEDERAL HOME LOAN MORTGAGE CORP<br>»»  P/77 WEST ST/1ST MTG/ORDER 10/3/2019 | Mortgage Arrears | $3,382.32 | $867.46 | $2,514.86 |
| 7 | YOERYS AND HENRY FRAGA<br>»»  JUDGMENT/ORDER 1/27/2020 | Unsecured Creditors | $116,609.00 | $0.00 | $116,609.00 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  NP/19 GROVER AVE/1ST MTG/SV 6/4/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2014 GMC TERRAIN/ORDER 2/24/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 19-21587 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,168.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $7,394.61 | Current Monthly Payment: | $589.00 |
| Paid to Trustee: | $667.25 | Arrearages: | $0.00 |
| Funds on Hand: | $1,106.14 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**