UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: KURT KVIST, Debtor

Case No.: __19-21587__
Chapter: __13__
Judge: __MBK__

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__KURT KVIST__, __DEBTOR__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk: 402 East State Street, Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __11-10-2021__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 E. State Street, Trenton, New Jersey__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:

Kvist, Kurt and Toni v. American Commerce Insurance Company, Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-8059-18. Personal injury occurred on April 27, 2017.

Pertinent terms of settlement:

Debtor settled claim against UIM carrier for a settlement amount of $85,000.00. Debtors settlement proceeds due are $56,070.67. See Settlement Statement Attached.

Objections must be served on, and requests for additional information directed to:

Name: Robert C. Nisenson, Esq.

Address: 10 Auer Court, East Brunswick, New Jersey 08816

Telephone No.: 732-238-8777

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Kurt N Kvist  
    Debtor

Case No. 19-21587-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 12, 2021      Form ID: pdf905      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kurt N Kvist, 77 West St., Colonia, NJ 07067-2115 |
| sp | + | Maureen Goodman, Esq., 171 Main Street, Woodbridge, NJ 07095-2104 |
| cr | + | Selene Finance LP as servicer for Wilmington Savin, Friedman Vartolo, LLP, 85 Broad St, 85 Broad St, New York, NY 10004-2434 |
| cr | + | Wilmington Savings Fund Society, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518293890 | + | Aviya Halpern, 85 East End Avenue, New York, NY 10028-8020 |
| 518293893 | | Edison- Metuchen Orthopaedic Group, Edison Spine Center, LLC, Edison, NJ 08837 |
| 518293894 | + | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 518417005 | | Federal Home Loan Mortgage Corporation et al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518293895 | + | Five Star LLC, C/O James J. Frega, Esq, 886 Belmont Avenue, Suite B, North Haledon, NJ 07508-2573 |
| 518293897 | + | GWS Contractors, Inc, 105 Fresh Ponds Road, Jamesburg, NJ 08831-3303 |
| 518293896 | + | Gary Cantagallo, 249 Appletree Lane, Mountainside, NJ 07092-1701 |
| 518293898 | + | Henry Fraga, C/O Joseph V. MacMahon, 169 Ramapo Valley Rd LL-101, Oakland, NJ 07436-2509 |
| 518293899 | + | Hershey Tannenbaum, C/O Arym Center, PO Box 180240, Brooklyn, NY 11218-0240 |
| 518293900 | + | Hugh & Vicky Harris, 9 Sterling Road North, Armonk, NY 10504-2519 |
| 518293902 | + | JFK Hartwyck at Oaktree, C/O Paula G. Kaplan, Esq., 55 Morris Avenue Suite 200, Springfield, NJ 07081-1422 |
| 518293903 | + | JFK Hospital, 65 James St., Edison, NJ 08820-3903 |
| 518293901 | + | Janis L. Doran, C/O Snellings Law, LLC, 2001 Route 46, Waterview Plaza, Suite 206, Parsippany, NJ 07054-1393 |
| 518293904 | + | New Jersey Imaging Network, 10 Parsonage Road, Suite 105, Edison, NJ 08837-2429 |
| 518293905 | + | PNC Bank, PO Box 6534, Carol Stream, IL 60197-6534 |
| 518293906 | + | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518358427 | | PSE&G, Attn: Bankruptcy Dept., PO Box 709, Newark NJ 07101-0709 |
| 518293907 | + | Ronald A. & Gerri E. Giller, C/O Dreifuss Bonacci & Paker, PC, 26 Columbia Turnpike North Entrance, Florham Park, NJ 07932-2213 |
| 518293908 | | Select Portfolio Servicing, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 518293909 | | Stylecraft Corporation, 500 Broad St., Terre Hill, PA 17581 |
| 518293910 | + | William D. Sears, 2 Tanglewood Lane, Holmdel, NJ 07733-2114 |
| 518417276 | + | Yoerys and Henry Fraga, 2 Wesley Street, Riverdale, NJ 07457-1210 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2021 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2021 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 12 2021 22:06:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: ajunderwood@beckermeisel.com | Oct 12 2021 22:06:00 | Janis Lee Doran, c/o Allen J. Underwood II, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| 518318214 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 12 2021 22:06:00 | AmeriCredit Financial Services, Inc., dba GM |

Case 19-21587-MBK    Doc 100    Filed 10/14/21    Entered 10/15/21 00:17:55    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: pdf905 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Financial, P O Box 183853, Arlington, TX 76096 |
| 518293889 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 12 2021 22:06:00 | | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518312009 | | Email/Text: Bankruptcy.RI@Citizensbank.com Oct 12 2021 22:06:00 | | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 518411959 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 12 2021 22:19:00 | | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518293891 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 13 2021 10:15:56 | | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518293892 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Oct 12 2021 22:18:54 | | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518416709 | + | Email/Text: ajunderwood@beckermeisel.com Oct 12 2021 22:06:00 | | Janis Lee Doran, c/o Allen J. Underwood, II, Esq., Becker LLC, 354 Eisenhower Parkway, Suite 1500, Livingston, New Jersey 07039-1023 |
| 518359263 | + | Email/Text: bankruptcy@pseg.com Oct 12 2021 22:06:00 | | PSE&G, Attn: Bankruptcy Dept., PO box 490, Cranford, NJ 07016-0490 |
| 518295890 | + | Email/PDF: gecsedi@recoverycorp.com Oct 13 2021 10:56:41 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518607780 | + | Email/Text: bkteam@selenefinance.com Oct 12 2021 22:06:00 | | WILMINGTON SAVINGS FUND SOCIETY, C/O SELENE FINANCE, LP, 9990 RICHMOND AVE SUITE 400 SOUTH, HOUSTON, TX 77042-4546 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518377156 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2021 | Form ID: pdf905 | Total Noticed: 40 |

| | |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Allen J. Underwood, II | on behalf of Creditor Janis Lee Doran aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Bruce H Levitt | on behalf of Creditor Yoerys Fraga blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Creditor Henry Fraga blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. rsolarz@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Kurt N Kvist r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14