**LEVITT & SLAFKES, P.C.**
**515 Valley Street**
**Suite 140**
**Maplewood, New Jersey 07040**
**T: (973) 313-1200**
**F: (973) 313-1240**
**E: blevitt@lsbankruptcylaw.com**
**By:  Bruce H. Levitt, Esq. (BL9302)**
**Attorneys for Yoerys Fraga and Henry Fraga**

___

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-21587(MBK) |
| KURT N. KVIST, | Chapter: 13 |
| Debtor. | RESPONSE TO NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY |

Creditors Yoerys Fraga and Henry Fraga, by and through counsel, Levitt & Slafkes, P.C., say as follows:

1. Yoerys Fraga and Henry Fraga ("the Fragas") are creditors in the above captioned matter.

2. This pleading is filed in response to the Notice of Proposed Settlement by the Debtor of a personal injury action.

3. The Fragas do not object to the settlement.

4. They do, however, request that the Order approving the settlement provide for the proceeds of the settlement to be paid 60% to the Fragas and 40% to Janice L. Duran pursuant to the

Consent Order entered in this action on January 27, 2020.

                                        LEVITT & SLAFKES, P.C.
                                        Attorneys for Creditors
                                        Yoerys Fraga and Henry Fraga

                                 By:/s/Bruce H. Levitt
                                        Bruce H. Levitt

Dated: October 25, 2021