Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21587−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kurt N Kvist
    77 West St.
    Colonia, NJ 07067

Social Security No.:
    xxx−xx−7562

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/23/21 at 09:00 AM

to consider and act upon the following:

*102* − Creditor's Certification of Default (related document:55 Motion for Relief from Stay re: 2014 GMC Terrain. Fee Amount $ 181. filed by Creditor Americredit Financial Services, Inc., d/b/a GM Financial) filed by John R. Morton Jr. on behalf of Americredit Financial Services, Inc., d/b/a GM Financial. Objection deadline is 11/12/2021. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 11/1/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court