UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680



**Order Filed on December 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In the Matter of

KURT N. KVIST
            DEBTOR

Case No.: 19-21587

Judge: Michael B. Kaplan

## ORDER TO ALLOW NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: December 6, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:** | **:** Case #: 19-21587 |
| | **:** |
| **KURT N. KVIST** | **:** Chapter 13 |
| | **:** |
| | **: ORDER TO ALLOW NOTICE** |
| **Debtor** | **: OF PROPOSED COMPROMISE OR** |
| | **: SETTLEMENT OF CONTROVERSY** |

This matter having been opened to the Court upon motion of Debtor by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order to Allow Notice of Proposed Compromise or Settlement of Controversy and the Debtor appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** that the Trustee allow the Debtor settlement proceeds from a personal injury case entitled Kvist, Kurt and Toni v. American Commerce Insurance Company, Superior Court of New Jersey, Law Division, Middlesex County, Docket No.: MIDL-8059-18 which occurred on April 27, 2017 pursuant to the Notice of Proposed Compromise or Settlement of Controversy filed on October 11, 2021 in the amount of $85,000.00; and it is further;

**ORDERED** that a copy of this Order shall be served upon all parties within ___ days of the date hereof.