UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777)
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

Order Filed on December 6, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In the Matter of

KURT N. KVIST
                    DEBTOR

Case No.:  19-21587

Judge:  Michael B. Kaplan

# ORDER TO ALLOW NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: December 6, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Case #:  19-21587 |
| | : |
| **KURT N. KVIST** | :  Chapter 13 |
| | : |
| | : **ORDER TO ALLOW NOTICE** |
| **Debtor** | : **OF PROPOSED COMPROMISE OR** |
| _____ | : **SETTLEMENT OF CONTROVERSY** |

This matter having been opened to the Court upon motion of Debtor by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking an Order to Allow Notice of Proposed Compromise or Settlement of Controversy and the Debtor appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED** that the Trustee allow the Debtor settlement proceeds from a personal injury case entitled Kvist, Kurt and Toni v. American Commerce Insurance Company, Superior Court of New Jersey, Law Division, Middlesex County, Docket No.: MIDL-8059-18 which occurred on April 27, 2017 pursuant to the Notice of Proposed Compromise or Settlement of Controversy filed on October 11, 2021 in the amount of $85,000.00; and it is further;

**ORDERED** that a copy of this Order shall be served upon all parties within \_\_\_ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Kurt N Kvist  
    Debtor

Case No. 19-21587-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Dec 06, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kurt N Kvist, 77 West St., Colonia, NJ 07067-2115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society ajennings@raslg.com |
| Allen Joseph Underwood, II | on behalf of Creditor Janis Lee Doran aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Bruce H Levitt

    on behalf of Creditor Yoerys Fraga blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Bruce H Levitt

    on behalf of Creditor Henry Fraga blevitt@levittslafkes.com
    sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com

Denise E. Carlon

    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer
    Trust, Series 2018-3. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.

    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com,
    mortoncraigecf@gmail.com

Jonathan C. Schwalb

    on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not
    individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com

Laura M. Egerman

    on behalf of Creditor Wilmington Savings Fund Society bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Rebecca Ann Solarz

    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer
    Trust, Series 2018-3. rsolarz@kmllawgroup.com

Robert C. Nisenson

    on behalf of Debtor Kurt N Kvist r.nisenson@rcn-law.com
    doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14