| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-21587 / MBK

Kurt N Kvist

Petition Filed Date: 06/10/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 02/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2021 | $589.00 | 26912794735 | 02/10/2021 | $589.00 | 26912799483 | 03/10/2021 | $589.00 | 26926680835 |
| 04/06/2021 | $589.00 | 26926682758 | 05/04/2021 | $589.00 | 26926690768 | 06/08/2021 | $589.00 | 26926694076 |
| 07/07/2021 | $589.00 | 26926699487 | 08/11/2021 | $589.00 | 27412103430 | 09/14/2021 | $589.00 | 27412107862 |
| 10/08/2021 | $589.00 | 27412113273 | 11/02/2021 | $589.00 | 27412117446 | 12/14/2021 | $589.00 | 27412119527 |
| 01/12/2022 | $589.00 | 27412124861 | | | | | | |

**Total Receipts for the Period: $7,657.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,647.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kurt N Kvist | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT C NISENSON ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | CITIZENS BANK N.A.<br>»» 2007 BMW 328XI | Debt Secured by Vehicle | $4,467.20 | $3,766.40 | $700.80 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 GMC LIGHT DUTY TERRAIN | Debt Secured by Vehicle | $3,316.02 | $2,795.81 | $520.21 |
| 3 | PSE&G | Unsecured Creditors | $1,443.65 | $0.00 | $1,443.65 |
| 4 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $1,605.33 | $0.00 | $1,605.33 |
| 5 | JANIS LEE DORAN<br>»» JUDGMENT/ORDER 1/27/2020 | Secured Creditors | $89,577.24 | $0.00 | $89,577.24 |
| 6 | FEDERAL HOME LOAN MORTGAGE CORP<br>»» P/77 WEST ST/1ST MTG/ORDER 10/3/2019 | Mortgage Arrears | $3,382.32 | $2,851.70 | $530.62 |
| 7 | YOERYS AND HENRY FRAGA<br>»» JUDGMENT/ORDER 1/27/2020 | Unsecured Creditors | $116,609.00 | $0.00 | $116,609.00 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» NP/19 GROVER AVE/1ST MTG/SV 6/4/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 GMC TERRAIN/ORDER 2/24/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 10 | GWS Contractors, Inc<br>»» SERVICES PERFORMED | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21587 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,647.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $13,944.91 | Current Monthly Payment: | $589.00 |
| Paid to Trustee: | $1,162.57 | Arrearages: | $589.00 |
| Funds on Hand: | $539.52 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

