UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732) 238-8777
Robert C. Nisenson
RCN 6680

Kurt N. Kvist

               Debtor.

Order Filed on January 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21587

Judge: MBK

## ORDER TO APPROVE DISBURSEMENT OF SETTLEMENT PROCEEDS

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED.**

**DATED: January 13, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-21587-MBK |
| | : | Chapter 13 |
| Kurt N. Kvist | : | |
| | : | |
| | : | **ORDER TO APPROVE THE** |
| | : | **DISBURSEMENT OF PROCEEDS** |
| Debtor. | : | **SETTLEMENT** |
| | : | **PALMISANO & GOODMAN, P.A.** |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Approve the Disbursement of Settlement Proceeds and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is

**ORDERED** that Palmisano & Goodman, P.A., the attorney for Debtor shall disburse all funds as set forth in the settlement statement previously filed with the Court.

**ORDERED** that Palmisano & Goodman, P.A., shall disburse Debtor's funds as follows: $25,466.76 to the attorney for Yoerys and Henry Fraga and $39,334.15 to attorney for Janis L. Doran in accordance with the Plan of Reorganization.

**ORDERED** that a copy of this Order shall be served upon all parties within __7__ days of the date hereof.