| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-21587 / MBK**

Kurt N Kvist

Petition Filed Date: 06/10/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 02/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2022 | $589.00 | 27412124861 | 03/03/2022 | $589.00 | 27412133062 | 03/14/2022 | $589.00 | 27412133872 |
| 04/27/2022 | $589.00 | 27412141948 | 05/24/2022 | $589.00 | 27412145910 | 06/22/2022 | $589.00 | 28114450468 |
| 07/19/2022 | $4.00 | 28114453653 | 07/19/2022 | $585.00 | 27412146990 | 08/23/2022 | $589.00 | 28114458772 |
| 09/20/2022 | $589.00 | 28114457657 | 12/01/2022 | $589.00 | 28114471563 | 12/01/2022 | $589.00 | 28114471541 |
| 12/01/2022 | $589.00 | 28114471552 | 01/05/2023 | $589.00 | 28114473846 | 02/22/2023 | $589.00 | 28358852444 |

**Total Receipts for the Period: $8,246.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,304.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kurt N Kvist | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq. | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | CITIZENS BANK N.A.<br>»» 2007 BMW 328XI | Debt Secured by Vehicle | $4,467.20 | $4,467.20 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 GMC LIGHT DUTY TERRAIN | Debt Secured by Vehicle | $3,316.02 | $3,316.02 | $0.00 |
| 3 | PSE&G | Unsecured Creditors<br>Hold Funds: Notice of Reserve | $1,443.65 | $0.00 | $1,443.65 |
| 4 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $1,605.33 | $1,605.33 | $0.00 |
| 5 | JANIS LEE DORAN<br>»» JUDGMENT/ORDER 1/27/2020 | Secured Creditors | $89,577.24 | $0.00 | $89,577.24 |
| 6 | FEDERAL HOME LOAN MORTGAGE CORP<br>»» P/77 WEST ST/1ST MTG/ORDER 10/3/2019 | Mortgage Arrears | $3,382.32 | $3,382.32 | $0.00 |
| 7 | YOERYS AND HENRY FRAGA<br>»» JUDGMENT/ORDER 1/27/2020 | Unsecured Creditors | $116,609.00 | $1,694.84 | $114,914.16 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»» NP/19 GROVER AVE/1ST MTG/SV 6/4/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2014 GMC TERRAIN/ORDER 2/24/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 10 | GWS Contractors, Inc<br>»» SERVICES PERFORMED | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-21587 / MBK

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,304.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,996.71 | Current Monthly Payment: | $589.00 |
| Paid to Trustee: | $1,770.46 | Arrearages: | $589.00 |
| Funds on Hand: | $2,536.83 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.

