| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LITE DEPALMA GREENBERG & AFANADOR**<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>ALLEN J. UNDERWOOD II, ESQ.<br>E-mail address: aunderwood@litedepalma.com<br>*Attorneys for Judgment Creditor Janis Lee Doran* | |
| In re:<br><br>KURT N. KVIST,<br><br>                Debtor. | Case No. 19-21587-MBK<br><br>Chapter 13<br><br>Judge: Hon. Michael B. Kaplan<br><br>Hearing Date: May 26, 2023, at 9:00 a.m. |

## CERTIFICATION OF SERVICE

1. I, _Guadalupe Rodriguez_:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Lite DePalma Greenberg & Afanador, attorneys for judgment creditor, Janis Lee Doran_____, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _July 25, 2023_, I sent a copy of the following pleadings and/or documents to the parties listed in the attached chart:

   *Judgment Creditor Janis Lee Doran's Objection to the Sale of 19 Grover Avenue, South Amboy, New Jersey*

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: July 25, 2023                                                 /s/ Guadalupe Rodriguez
                                                                              Guadalupe Rodriguez

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing<br>☐ Other (as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Robert C. Nisenson, Esq.<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing<br>☐ Other (as authorized by the court *) |
| Kurt N. Kvist<br>77 West St.<br>Colonia, NJ 07067 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing<br>☐ Other (as authorized by the court *) |