Charles Wohlrab, Esq.
**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 19-21587-MBK |
| Kurt N. Kvist | |
| Debtor | CHAPTER 13 |
| | Judge: Michael B. Kaplan |

-----------------------------------------------------------X

## NOTICE OF OBJECTION TO CONFIRMATION OF AMENDED PLAN

**PLEASE TAKE NOTICE** that Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), the holder of a mortgage on real property of the Debtor, located at 19 Grover Avenue, South Amboy, NJ 08879 by and through its undersigned attorneys, hereby objects to the confirmation of the Chapter 13 Amended Plan on grounds including:

1. Debtor filed a modified Chapter 13 plan (Doc. No.: 139) on September 22, 2023.
2. Debtor`s plan misidentifies Secured Creditor. The Secured Creditor's interest is secured by 19 Grover Avenue, South Amboy, NJ 08879, not 77 West St., Colonia, NJ 07067.
3. Debtor`s plan base is insufficient to provide for the claim of Secured Creditor. The objecting creditor is due arrears of $ 11,218.14 per Claim 8-1 filed on December 6, 2019.
4. Debtor`s plan proposes to pay the Secured Creditor in full through the plan and proposed that the amount required to be paid in full is $0.00.
5. Debtor's plan proposes a speculative post-petition mortgage.

6. Debtor`s proposed plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.

7. Debtor`s proposed plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), *et seq.* unless the plan provides for full payment of the claim.

Dated: October 18, 2023
Garden City, New York

                                      By: /s/ Charles Wohlrab
                                      Charles Wohlrab, Esq.
                                      **FRIEDMAN VARTOLO LLP**
                                      1325 Franklin Avenue, Suite 160
                                      Garden City, NY 11530
                                      Attorneys for Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
                                      T: (212) 471-5100
                                      F: (212) 471-5150
                                      Bankruptcy@FriedmanVartolo.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Charles Wohlrab, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>T: (212) 471-5100<br>F: (212) 471-5150 | Case No.: 19-21587-MBK<br><br>Chapter: 13 |
| In Re:<br>Kurt N. Kvist<br>Debtor | Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, <u>Christopher Janusas</u>:

    ☐ represent _____ in this matter.
    ☒ am the secretary/paralegal for <u>Charles Wohlrab, Esq.</u>, who represents <u>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust</u> in this matter.

2. On <u>October 18, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Objection to Plan (NJ)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 18, 2023                                    /s/ Charles Wohlrab
                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kurt N. Kvist<br>77 West Street<br>Colonia, NJ 07067 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| U.S. Trustee<br>One Newark Center, Suite 2100<br>Newark<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other     (as authorized by the court *) |
| Robert C. Nisenson<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____ (as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Bankruptcy Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>Other____ (as authorized by the court *) |