UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Selene Finance LP as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

In Re:

Kurt N. Kvist,

Debtor.

Case No.:    19-21587

Chapter:    13

Hearing Date:   December 27, 2023

Judge:    Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Objection to Confirmation of Plan (Doc.: 145) filed on behalf of Selene Finance LP as servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individual

Date: 12/20/2023

/s/ Charles G. Wohlrab
Signature

*rev.8/1/15*