**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case: 19-21587-MBK |
| | : | |
| KURT N. KVIST | : | Chapter 13 |
| | : | |
| DEBTOR. | : | |
| | : | |
| _____ | : | |

### CERTIFICATE OF CONSENT

### REGARDING CONSENT ORDER RESOLVING CLAIMS

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(b) The signatures represented by */s/ Bruce H. Levitt, Esq. /s/ Allen J. Underwood II, Esq. and /s/ Robert C. Nisenson, Esq.* on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order;

(c) I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(d) I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

/s/ Robert C. Nisenson
Robert C. Nisenson

Dated: January 15, 2024