| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-21587 / MBK**

Kurt N Kvist

Petition Filed Date: 06/10/2019
341 Hearing Date: 07/11/2019
Confirmation Date: 02/18/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $589.00 | 28114473846 | 02/22/2023 | $589.00 | 28358852444 | 04/04/2023 | $589.00 | 28358860836 |
| 05/09/2023 | $589.00 | 28358866833 | 06/13/2023 | $589.00 | 28358869667 | 07/20/2023 | $589.00 | 28358863637 |
| 08/15/2023 | $589.00 | 28773226170 | 08/15/2023 | $589.00 | 28773226181 | 09/28/2023 | $589.00 | 28773231862 |

**Total Receipts for the Period: $5,301.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $27,427.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Kurt N Kvist | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq. | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 1 | CITIZENS BANK N.A.<br>»»  2007 BMW 328XI | Debt Secured by Vehicle | $4,467.20 | $4,467.20 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2014 GMC LIGHT DUTY TERRAIN | Debt Secured by Vehicle | $3,316.02 | $3,316.02 | $0.00 |
| 3 | PSE&G | Unsecured Creditors<br>Hold Funds: Notice of Reserve | $1,443.65 | $0.00 | $1,443.65 |
| 4 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $1,605.33 | $1,605.33 | $0.00 |
| 5 | JANIS LEE DORAN<br>»»  JUDGMENT/ORDER 1/27/2020 | Secured Creditors | $89,577.24 | $1,794.20 | $87,783.04 |
| 6 | FEDERAL HOME LOAN MORTGAGE CORP<br>»»  P/77 WEST ST/1ST MTG/ORDER 10/3/2019 | Mortgage Arrears | $3,382.32 | $3,382.32 | $0.00 |
| 7 | YOERYS AND HENRY FRAGA<br>»»  JUDGMENT/ORDER 1/27/2020 | Unsecured Creditors | $116,609.00 | $4,318.64 | $112,290.36 |
| 8 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>»»  NP/19 GROVER AVE/1ST MTG/SV 6/4/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 9 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»»  2014 GMC TERRAIN/ORDER 2/24/20 | Debt Secured by Vehicle | $531.00 | $531.00 | $0.00 |
| 10 | GWS Contractors, Inc<br>»»  SERVICES PERFORMED | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-21587 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,427.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $23,414.71 | Current Monthly Payment: | $589.00 |
| Paid to Trustee: | $2,067.33 | Arrearages: | $0.00 |
| Funds on Hand: | $1,944.96 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

