UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

Order Filed on May 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21587 (MBK)

In the Matter of

KURT N. KVIST

Chapter 13

DEBTOR.

## CONSENT ORDER RESOLVING CLAIMS

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: May 24, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on behalf of Kurt N, Kvist, represented by Robert C. Nisenson, and it appearing the claims of Yoerys Fraga and Henry Fraga and Janis Lee Doran have been resolved between the parties, and for good cause shown,

IT IS ORDERED that:

1    The Debtor has paid Yoerys Fraga and Henry Fraga the sum of $12,187.58 and Janis Lee Doran the sum of $5,276.95. Yoerys Fraga and Henry Fraga shall reduce Claim No. 7-1 to $4,318.64 and Claim No. 10-1 shall be withdrawn. Janis Lee Doran shall reduce Claim No. 5-1 to $1,794.20 and Claim No. 5-2 shall be withdrawn.

2    Creditors Yoerys Fraga and Henry Fraga and Janis Lee Doran shall release the judgment against Debtor since their claims are paid in full.

–

The undersigned consent to the form and entry of this Order

/s/ Bruce H. Levitt, Esq.
Bruce H. Levitt, Esq.
Levitt & Slafkes, P.C.
Attorney for Creditors

/s/ Robert C. Nisenson, Esq.
Robert C. Nisenson, Esq.
Law Office of Robert C. Nisenson, L.L.C.
Attorney for Debtor

/s/ Allen J. Underwood II, Esq.
Allen J. Underwood II, Esq.
Lite DePalma Greenberg & Afanador, LLC
Attorney for Creditor

Dated: January 15, 2024

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21587-MBK |
| Kurt N Kvist | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 24, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kurt N Kvist, 77 West St., Colonia, NJ 07067-2115 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Wilmington Savings Fund Society ajennings@raslg.com |
| Allen Joseph Underwood, II | on behalf of Creditor Janis Lee Doran aunderwood@litedepalma.com ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com |
| Bruce H Levitt | |

Case 19-21587-MBK    Doc 167    Filed 05/26/24    Entered 05/27/24 00:13:38    Desc
Imaged Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 24, 2024 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Bruce H Levitt | on behalf of Creditor Yoerys Fraga blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| | on behalf of Creditor Henry Fraga blevitt@levittslafkes.com sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Charles G. Wohlrab | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Robert C. Nisenson | on behalf of Debtor Kurt N Kvist r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14