| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2 (c)**<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>(732-238-8777<br>Robert C. Nisenson, Esq.<br>Attorneys for Debtor<br>RCN 6680 | Order Filed on May 30, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In the Matter of<br><br>KURT N. KVIST<br><br>            DEBTOR. | Case No.:  19-21587 (MBK)<br><br>Chapter 13 |

### AMENDED
### CONSENT ORDER RESOLVING CLAIMS

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: May 30, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on behalf of Kurt N, Kvist, represented by Robert C. Nisenson, and it appearing the claims of Yoerys Fraga and Henry Fraga and Janis Lee Doran have been resolved between the parties, and for good cause shown,

IT IS ORDERED that:

1    The Debtor has paid Yoerys Fraga and Henry Fraga the sum of $12,187.58 and Janis Lee Doran the sum of $5,276.95. Yoerys Fraga and Henry Fraga shall reduce Claim No. 7-1 to $4,819.95 and Claim No. 10-1 shall be withdrawn. Janis Lee Doran shall reduce Claim No. 5-1 to $1,794.20 and Claim No. 5-2 shall be withdrawn.

2    Creditors Yoerys Fraga and Henry Fraga and Janis Lee Doran shall release the judgment against Debtor since their claims are paid in full.

The undersigned consent to the form and entry of this Order

/s/ Bruce H. Levitt
Bruce H. Levitt, Esq.
Levitt & Slafkes, P.C.
Attorney for Creditors

/s/ Robert C. Nisenson, Esq.
Robert C. Nisenson, Esq.
Law Office of Robert C. Nisenson, L.L.C.
Attorney for Debtor

/s/ Allen J. Underwood II
Allen J. Underwood II, Esq.
Lite DePalma Greenberg & Afanador, LLC
Attorney for Creditor

Dated: January 15, 2024