UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
(732-238-8777
Robert C. Nisenson, Esq.
Attorneys for Debtor
RCN 6680

In the Matter of

KURT N. KVIST

                DEBTOR.

Order Filed on May 30, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21587 (MBK)

Chapter 13

AMENDED
**CONSENT ORDER RESOLVING CLAIMS**

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: May 30, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on behalf of Kurt N, Kvist, represented by Robert C. Nisenson, and it appearing the claims of Yoerys Fraga and Henry Fraga and Janis Lee Doran have been resolved between the parties, and for good cause shown,

IT IS ORDERED that:

1    The Debtor has paid Yoerys Fraga and Henry Fraga the sum of $12,187.58 and Janis Lee Doran the sum of $5,276.95.  Yoerys Fraga and Henry Fraga shall reduce Claim No. 7-1 to $4,819.95 and Claim No. 10-1 shall be withdrawn.  Janis Lee Doran shall reduce Claim No. 5-1 to $1,794.20 and Claim No. 5-2 shall be withdrawn.

2    Creditors Yoerys Fraga and Henry Fraga and Janis Lee Doran shall release the judgment against Debtor since their claims are paid in full.

The undersigned consent to the form and entry of this Order

/s/ Bruce H. Levitt
Bruce H. Levitt, Esq.
Levitt & Slafkes, P.C.
Attorney for Creditors

/s/ Robert C. Nisenson, Esq.
Robert C. Nisenson, Esq.
Law Office of Robert C. Nisenson, L.L.C.
Attorney for Debtor

/s/ Allen J. Underwood II
Allen J. Underwood II, Esq.
Lite DePalma Greenberg & Afanador, LLC
Attorney for Creditor

Dated: January 15, 2024

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-21587-MBK |
| Kurt N Kvist | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 30, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

**Recip ID           Recipient Name and Address**
db          +       Kurt N Kvist, 77 West St., Colonia, NJ 07067-2115

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

**Name**                    **Email Address**

Albert Russo
                            docs@russotrustee.com

Albert Russo
                            on behalf of Trustee Albert Russo docs@russotrustee.com

Aleisha Candace Jennings
                            on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ajennings@raslg.com

Aleisha Candace Jennings
                            on behalf of Creditor Wilmington Savings Fund Society ajennings@raslg.com

Allen Joseph Underwood, II
                            on behalf of Creditor Janis Lee Doran aunderwood@litedepalma.com
                            ajunderwood@ecf.courtdrive.com;grodriguez@litedepalma.com

Bruce H Levitt

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: May 30, 2024     Form ID: pdf903     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Yoerys Fraga blevitt@levittslafkes.com<br>sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Bruce H Levitt | on behalf of Creditor Henry Fraga blevitt@levittslafkes.com<br>sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotices@gmail.com |
| Charles G. Wohlrab | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-3. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor Selene Finance LP as servicer for Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Wilmington Savings Fund Society laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Robert C. Nisenson | on behalf of Debtor Kurt N Kvist r.nisenson@rcn-law.com<br>doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14